UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAROLYN CARLINO,

               Plaintiff,

   - against -

MUJI U.S.A. LIMITED,

               Defendant.

25-cv-3562 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff had 90 days from filing the complaint to serve the summons and complaint on the defendants. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve the summons and complaint. The time to serve is extended until **August 14, 2025**. If service is not made by August 14, 2025, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           August 1, 2025

                                          John G. Koeltl
                                  United States District Judge