UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CAROLYN CARLINO,

                Plaintiff(s)

        25 civ 3562 (JGK)

       -against-

MUJI U.S.A. LIMITED,

                Defendant(s).
----------------------------------------------------------------X

## ORDER

The conference scheduled for September 25, 2025, at 3:00pm, is canceled.

**SO ORDERED.**

                                            **JOHN G. KOELTL**
                                     **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 15, 2025