UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAROLYN CARLINO,

                    Plaintiff,

          - against -

MUJI U.S.A. Ltd.,

                    Defendant.

---

25-cv-3562 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    As discussed at the telephone conference held today, the defendant may file its motion to dismiss on or before **November 14, 2025**. The plaintiff should respond to the motion by **December 5, 2025**. The defendant may reply by **December 15, 2025**.

SO ORDERED.

Dated:    New York, New York
          October 22, 2025

                                    John G. Koeltl
                              United States District Judge