UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLYN CARLINO,

                    Plaintiff,

          -against-

MUJI U.S.A. LIMITED.,

                    Defendant.

25 CIVIL 03562 (JGK)

**JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated May 18, 2026, the defendant's motion to dismiss is granted, and the Complaint is dismissed without prejudice; accordingly, the case is closed.

**Dated:**   New York, New York
          May 19, 2026

                              **TAMMI M. HELLWIG**
                              _____
                              **Clerk of Court**

          **BY:**

                              _____
                              **Deputy Clerk**